

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FELIX RIVAS CARDONA,

                                    Petitioner,

v.

PATRICK DIVVER, et al.,

                                    Respondents.

Case No.: 26-cv-3356-RSH-MMP

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On June 2, 2026, petitioner Felix Rivas Cardona filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner, who is in immigration custody, alleges that he has been unlawfully denied a bond hearing to which he is entitled pursuant to 8 U.S.C. § 1226(a). He requests his immediate release, or alternatively, a bond hearing within seven days.

On June 8, 2026, Respondents filed a return stating that they do not oppose an order directing a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF No. 4 at 1-2.

//

//

//

//

//

1

Accordingly, the Petition is **GRANTED** as follows. The government is directed to hold a bond hearing for petitioner Felix Rivas Cardona within ***seven (7) days of the date of this order***, or such later date as may be requested by Petitioner. The Court declines to order Petitioner's immediate release, on the grounds that the Petition does not establish a basis for that relief. To the extent Petitioner seeks attorneys' fees, he must file a noticed motion pursuant to the Civil Local Rules of this district and the undersigned's pretrial civil procedures.

**IT IS SO ORDERED**.

Dated: June 9, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-3356-RSH-MMP